IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHENZHEN JISU TECHNOLOGY CO LTD.,<br><br>*Plaintiff*,<br><br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>*Defendants*. | Civil Action No. 1:23-cv-15914<br><br>Honorable Jeremy C. Daniel |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i)

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Shenzhen Jisu Technology Co Ltd. ("Plaintiff"), by and through its undersigned counsel, hereby voluntarily dismisses this action WITHOUT PREJUDICE as to the following Defendant:

| No. | Defendant Name | Online Marketplaces/Store ID |
|---|---|---|
| 19 | CreakStone | A3KR9SM3Y30YQY |
| 23 | DSOEKEU | A1HUCM9WYC6YKX |

Prior to the filing of this notice, Defendant has yet to file an answer or motion for summary judgment.

| | |
|---|---|
| DATED: January 24, 2024 | Respectfully submitted, |
| | By: */s/ Hao Ni* |
| | Stevenson Moore |
| | Texas Bar No. 24076573 |
| | smoore@nilawfirm.com |
| | Hao Ni |
| | Texas Bar No. 24047205 |
| | Texas hni@nilawfirm.com |
| | |
| | **NI, WANG & MASSAND, PLLC** |
| | 8140 Walnut Hill Ln., Ste. 615 |
| | Dallas, TX 75231 |
| | Tel: (972) 331-4600 |
| | Fax: (972) 314-0900 |
| | |
| | *Counsel for Plaintiff* |