**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SHENZHEN JISU TECHNOLOGY CO LTD., <br><br> *Plaintiff*, <br><br> v. <br><br> THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", <br><br> *Defendants*. | Civil Action No. 1:23-cv-15914 <br><br> Honorable Jeremy C. Daniel |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i)**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Shenzhen Jisu Technology Co Ltd. ("Plaintiff"), by and through its undersigned counsel, hereby voluntarily dismisses this action WITHOUT PREJUDICE as to the following Defendant:

| No. | Defendant Name | Online Marketplaces/Store ID |
|---|---|---|
| 30 | Hoisebecy | A2Y03YWR4GWWF5 |

Prior to the filing of this notice, Defendant has yet to file an answer or motion for summary judgment.

DATED: January 26, 2024                               Respectfully submitted,

By: */s/ Stevenson Moore*
Stevenson Moore
Texas Bar No. 24076573
smoore@nilawfirm.com
Hao Ni
Texas Bar No. 24047205
Texas hni@nilawfirm.com

**NI, WANG & MASSAND, PLLC**
8140 Walnut Hill Ln., Ste. 615
Dallas, TX 75231
Tel: (972) 331-4600
Fax: (972) 314-0900

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of January, 2024, Defendants were served with a copy of the foregoing via email as per paragraph 6 of this Court's Temporary Restraining Order (Dkt. No. 12).

*/s/ Stevenson Moore*
Stevenson Moore